L. Paul Jumeau as Administrator of the estate of Achille Henri Laurent, deceased, Plaintiff in Error, v. William M. Brooks and Sue G. Brooks, Defendants in Error.

### Division B.

Writ of error to Circuit Court, Citrus county; William A. Hocker, Judge.

John G. Reardon for plaintiff in error.

No appearance for defendants in error.

This action was brought by the defendants in error against the plaintiff in error. There was judgment for the complainants, and the defendant takes writ of error. The judgment is affirmed.

Decision *Per Curiam.*